IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 12-00189-01-CR-W-DGK |
| | ) | |
| CAROL ANN RYSER, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS REGARDING
## ALLEGED PROBATION VIOLATION

A probation violation hearing is scheduled for November 21, 2016 at 2:00 p.m. The undersigned parties agree and stipulate to the following facts:

**A.  Original Charges, Guilty Plea, and Sentence**

1.  Defendant Carol Ann Ryser was a medical doctor who, along with her husband Michael Ryser, owned a medical clinic in Kansas City, Missouri that diagnosed and treated chronic illnesses. She was the medical director of the clinic.

2.  On June 26, 2012, Carol Ann Ryser was indicted for health care fraud and for filing false tax returns.

3.  On March 22, 2013, Ms. Ryser pled guilty to Count One, health care fraud, and Count Two, filing a false tax return.

4.  According to the Presentence Investigation Report, Ms. Ryser's total offense level was 19, which corresponded to a sentencing range of 30-37 months.

5.  On October 4, 2013, Ms. Ryser was sentenced to three years' probation and ordered to pay $668,538.53 in restitution.

6. Through October 26, 2016, Ms. Ryser has paid a total of $8,800.00 on her restitution obligation.

**B.  Ms. Ryser:  Victim of "Publisher's Clearing House" Scam**

7. On February 6, 2015, Ms. Ryser received a letter stating it was from Publisher's Clearing House, informing her that she was the third place prize winner of the ten million dollar prize. The letter included a $6,852.10 check from General Insurance Agency of Leachville Inc., made payable to Carol Ryser. Ms. Ryser called as directed and was told to send $5,000.00 in cash, to cover taxes and fees, to a person at an address in Jamaica, New York. According to Ms. Ryser, she thought this was odd so she called her accountant, and he confirmed that this is how certain companies do business. Ms. Ryser then deposited the $6,852.10 check into her own bank account and withdrew $5,000.00 in cash from her account. She paid $40.89 to send the cash via overnight delivery to the person in Jamaica, New York. *See* Mission Hills Police Department Incident/Investigation Department dated 2/17/2015.

8. On February 17, 2015, Ms. Ryser was informed by her bank that the $6,852.10 check had not cleared, and when she heard this, she knew she was the victim of a scam and called the police. Ms. Ryser has been making payments to her bank of $100 per month on the bounced check. Ms. Ryser told the Mission Hills, Kansas Police Department that she was interested in prosecuting her case. *See id.*

9. Detective Jason Wakefield did a tracking search on the package Ms. Ryser sent to Jamaica, New York and was able to confirm delivery but develop no other leads. In Detective Wakefield's supplemental Investigative Report dated April

13, 2015, he stated that he knew this was a common scam based on his training and experience. On April 17, 2015, Detective Wakefield left a message for Ms. Ryser that the case was being put on inactive status due to a lack of leads and/or suspect development. *See id.* at p. 5.

C. **Florence and Edmund Green**[1]

10. On April 7, 2015, Florence Green of Vero Beach, Florida purchased a money order in the amount of $500.00 payable to Carol Ryser. The next day, April 8, 2015, Ms. Green purchased a money order in the amount of $1,500.00 payable to Carol Ryser. *See* Bank of America Personal Money Orders dated 4/7/2015 and 4/8/2015.

11. On April 9, 2015, Ms. Ryser endorsed and cashed both money orders totaling $2,000.00. *See* Capitol Federal Daily Cash Activity Report for 4/9/2015; defendant's Composition Book (4/8 entry lists Florence Green and her address).

12. On April 10, 2015, Edmund Green of Vero Beach, Florida purchased a money order in the amount of $3,000.00 payable to Carol Ryser. *See* Bank of America Personal Money Order dated 4/10/2015; defendant's Day Planner (4/10 entry lists Edmund Green and money order number).

13. On April 11, 2015, Ms. Ryser endorsed and cashed that money order for $3,000.00. *See* Capitol Federal Daily Cash Activity Report for 4/11/2015; defendant's Composition Book (4/11 entry lists Edmund Green and money order number).

---

[1] The information below illustrates examples of transactions and does not reflect all of the alleged lottery transactions in which Ms. Ryser was involved.

14. On April 13, 2015, Florence Green purchased a money order in the amount of $3,225.00 payable to Carol Ryser. *See* Bank of America Personal Money Order dated 4/13/2015.

15. On April 15, 2015, Ms. Ryser endorsed that money order, deposited $100.00, and got the balance of $3,125.00 in cash. *See* Capitol Federal Daily Cash Activity Report for 4/15/2015; Capitol Federal Statement of Account for 4/1/2015 – 4/30/2015; defendant's Composition Book and Day Planner (4/15 entries list Florence Green and money order number).

**D.    Renee Woods**

16. On May 1, 2015, Renee Woods of Knox, Pennsylvania received a phone call from a male caller advising her that she had won two and a half million dollars and a brand new Mercedes Benz car. The caller advised her that she needed to send some money for the taxes before she could claim her winnings. The caller told her she could send the money to Carol Ryser, 6510 Indian Lane, Mission Hills, Kansas 66208. *See* Pennsylvania State Police Incident Report of 5/1/2015.

17. On May 6, 2015, Ms. Woods paid $351.25 for a $350.00 money order to send to Ms. Ryser's address. She then got another call that there had been a mistake and she needed to send more money before she could claim her winnings. Accordingly, on May 7, 2015, Ms. Woods paid $1,001.65 for a $1,000.00 money order, and also paid $521.24 for a $500.00 money order. She sent these additional money orders to Ms. Ryser at the same address. *See id.;* Declaration of Renee Woods.

4

18. On May 8, 2015, Pennsylvania State Trooper Vaughn R. Norbert contacted the Prairie Village Police Department and talked to Officer Drew O'Neill about this incident. Officer O'Neill told him that he would attempt to find out information for the investigation. *See* Pennsylvania State Police Incident Report of 5/1/2015.

19. On May 25, 2015, Trooper Norbert had a voicemail message from Officer O'Neill in which he related that he had made contact with Ms. Ryser of 6510 Indian Lane, Mission Hills, Kansas 66208. Officer O'Neill stated that he asked Ms. Ryser if she knew anything about the checks and money orders sent by Ms. Woods, and Ms. Ryser related that she knew nothing about this. Officer O'Neill related that Ms. Ryser said she had not received anything from the victim, Ms. Woods. *See id.*

20. Capitol Federal records show that Ms. Ryser received and endorsed the three money orders from Ms. Woods referenced above on May 7 and 8, 2015. *See* three money orders dated 5/6/2015 and 5/7/2015.

**E.   Diana Prien**

21. Diana Prien, an eighty year old resident of Monroe, Wisconsin sent over $60,000.00 to purportedly pay the taxes on her "winnings" between June and August 2015. She sent the payments to four people as directed. One of the people she sent money to was Carol Ryser at 6510 Indian Lane, Mission Hills, Kansas 66208. She sent approximately $26,000.00 to Ms. Ryser. *See* Declaration of Diana Prien; Monroe Police Department Report dated 8/19/2015.

22. The evidence shows that Ms. Ryser received the following payments from Ms. Prien:

   a. A MoneyGram money transfer in the amount of $650.00 endorsed by Ms. Ryser and deposited into her bank account on June 30, 2015. *See* MoneyGram dated 6/30/2015; Capitol Federal Statement of Account for 6/1/2015 – 6/30/2015.

   b. $3,000.00 in cash on July 2, 2015. *See* defendant's Composition Book, (7/22 entry states "3000 cash Diana Prien received" and Prien's Monroe, WI address).

   c. A cashier's check in the amount of $7,500.00 deposited into her bank account on July 8, 2015. *See* Cashier's Check dated 7/3/2015; Capitol Federal Statement of Account for 7/1/2015 – 7/31/2015; defendant's Composition Book (7/7 entry states "Diana Prien Cashier's Check $7500" and Prien's Monroe, WI address).

   d. $5,000.00 in cash on approximately July 23, 2015. *See* defendant's Composition Book (7/23 entry states "Receive $5000 cash Diana E. Prien" and Prien's Monroe, WI address).

   e. A cashier's check in the amount of $5,000.00 deposited into her bank account on August 8, 2015. *See* Cashier's Check dated 8/7/2015; Capitol Federal Statement of Account for 8/1/2015 – 8/31/2015.

   f. A cashier's check in the amount of $5,000.00 deposited into Ms. Ryser's bank account at Capitol Federal on August 12, 2015. *See* Cashier's Check dated 8/7/2015; Capitol Federal Statement of Account for 8/1/2015 – 8/31/2015).

23. On August 24, 2015, Captain Byron Roberson, Patrol Division Commander with the Prairie Village Police Department emailed Detective Jason Wakefield with his department to provide the name and phone number for Detective Larry Keegan with the Monroe Police Department. *See* email dated 8/24/2015.

### F. Esther Hicks

24. On September 23, 2015, Esther Hicks of Mifflinburg, Pennsylvania obtained a postal money order in the amount of $399.99 payable to Carol Ryser at 6510 Indian Lane, Mission Hills, Kansas. On September 25, 2015, Ms. Ryser endorsed that money order and deposited it into her Capitol Federal account. On a piece of paper with a copy of that money order, Ms. Ryser wrote "cash sent on to John Johnson person". *See* Postal Money Order dated 9/23/2015, Capitol Federal Statement of Account for 9/1/2015 – 9/30/2015.

25. On November 9, 2015, Ms. Hicks obtained a postal money order in the amount of $600.00 payable to Carol Ryser at 6510 Indian Lane, Mission Hills, Kansas. On that date, Ms. Hicks sent the postal money order to Ms. Ryser at that address via priority mail express. The postal service money order and priority mail express envelope were found at Ms. Ryser's home when a search warrant was executed on November 18, 2015. *See* Postal Money Order dated 11/9/2015.

### G. Fern Lundholm

26. On October 6, 2015, a branch vice president of Arvest Bank in Bella Vista, Arkansas, made a complaint to the local Police Department. According to the Police Incident Report, Fern Lundholm, age ninety-two at the time and a bank customer, had been sending money to a scam for about six days. She had sent approximately $3,250.00 via Western Union, Walmart, and the mail to various sources. She had attempted to mail cash to Caral [sic] Ryser at 6510 Indian Lane, Mission Hills, Kansas. *See* Bella Vista, Arkansas Police Department Incident Report

dated 10/6/2015. This mailing of cash, however, was intercepted by her daughter and was never delivered.

27. On October 23, 2015, Detective Clayton Roberts with the Bella Vista Police Department called the Prairie Village Police Department, and the person who answered the phone said their agency was very familiar with this scam. *See* Mission Hills Police Department Incident/Investigation Report dated 10/7/2015.

28. According to the Mission Hills Police Department Incident/Investigation Report, third parties had repeatedly contacted Ms. Lundholm repeatedly, telling her she owed back taxes. They provided her with a detailed list of how to send the money. She sent $800.00 in cash to an address in Maryland, and two $800.00 Western Union money orders to an address in Jamaica. She also sent $1,600.00 in cash through the mail to 6510 Indian Lane, Mission Hills, Kansas. Regarding that payment, however, Ms. Lundholm's daughter was able to contact the Postal Service and cancel that delivery before it arrived at Ms. Ryser's address. *See id.*

29. According to the Mission Hills Police Department Incident/Investigation Report, Ms. Ryser had been contacted by Prairie Village Police in May 2015 when a Pennsylvania State Trooper requested assistance in contacting Ms. Ryser regarding a phone scam.

H. **Money Transfers Made by and to Ms. Ryser**

30. In response to subpoenas from the U.S. Probation Office, MoneyGram and Western Union produced spreadsheets about money transfers received and sent by Ms. Ryser. A summary of the MoneyGram transfers received by Ms. Ryser is

8

Case 4:12-cr-00189-DGK   Document 67   Filed 11/17/16   Page 8 of 10

Exhibit A-1, and a summary of the MoneyGram transfers sent by Ms. Ryser is Exhibit A-2. A summary of the Western Union transfers received by Ms. Ryser is Exhibit B-1, and a summary of the Western Union transfers sent by Ms. Ryser is Exhibit B-2.

31. During the period of March 2, 2015 through October 9, 2015, Ms. Ryser received a total of $5,690.00 via MoneyGram and Western Union money transfers to her from others. Seventeen money transfers were sent to her during that time.

32. During the period of March 4, 2015 through November 6, 2015, Ms. Ryser sent MoneyGram and Western Union money transfers totaling $54,029.98 to various individuals in the United States and Jamaica. She sent 116 money transfers during that time. The vast majority of the money Ms. Ryser transferred via MoneyGram and Western Union was sent to various individuals in Jamaica.

I. **Search Warrant**

33. On November 10, 2015, the U.S. Probation Office executed a search of Ryser's home at 6510 Indian Lane, Mission Hills, Kansas. During that search, officers recovered receipts from Western Union and MoneyGram, phone records, bank statements, and Ryser's personal recordings. During that search, she received multiple phone calls from someone who was involved with her in the allegedly illegal lottery activity. She also received a priority mail package containing a $600.00 money order from Esther Hicks in Mifflinburg, Pennsylvania. *See* para. 25 above.

34. By entering into this stipulation, the defendant in no way admits that she had any involvement in any illegal activity.

35. This stipulation is entered into evidence in order to save time at the hearing and to narrow the issues by avoiding the necessity of calling the victims or other witnesses.

Respectfully submitted,

Tammy Dickinson
United States Attorney

By _____/s/ *Lucinda S. Woolery*_
Lucinda S. Woolery
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3130
Facsimile: (816) 426-3165
Assistant United States Attorney

Gaddy Weis LLC

By _____/s/ *W. Brian Gaddy*_
W. Brian Gaddy MO 42701
600 Broadway Blvd., Ste. 670
Kansas City, MO 64105
Tel: (816) 221-8989
Fax: (816) 945-6340
Attorney for Carol Ann Ryser

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of November, 2016, a true and correct copy of the foregoing document was served upon each attorney of record via email.

*/s/ Lucinda S. Woolery*
Assistant United States Attorney